THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SOSHTAIN, Appellant.

Submitted April 23, 1942; decided May 28, 1942.

*Leo Shapiro* for appellant.

*William Dwyer, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgments reversed and complaint dismissed on the authority of *People* v. *Richardson* (287 N. Y. 563). No opinion. (See 288 N. Y. 735.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: FINCH and CONWAY, JJ.